Joseph Harden #286322
South Central Correctional Center
255 W. Hwy. 32
Licking, MO 65542-9069

RECEIVED
FEB 27 2014
BY MAIL

Office of the Clerk
U.S. District Court
Eastern District of Missouri
111 S. 10th St., Ste. #3.300
St. Louis, MO 63102


Dear Clerk,

Enclosed is my Petition for Writ of Habeas Corpus and Motion to Proceed in Forma Pauperis with affidavit in support. Please notify me via the enclosed S.A.S.E. when these documents have been filed.

Thank you.

*Joseph Harden*
Joseph Harden