RECEIVED
FEB 27 2014
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Joseph Harden, <br> Petitioner <br><br> vs. <br><br> Michael Bowersox, <br> Respondent | ) <br> ) <br> ) <br> ) <br> ) Case No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO PROCEED IN FORMA PAUPERIS**
**AND AFFIDAVIT IN SUPPORT    HABEAS CASES**

I  Joseph Harden  declare (1) that I am the petitioner in this case; (2) that because of my poverty I am unable to pay the filing fee and (3) that I believe I am entitled to relief. The nature of my action and the issues are briefly stated as follows.

In further support of this application, I answer the following questions

1. Place of confinement of petitioner:
    South Central Correctional Center
    255 W. Hwy. 32
    Licking, MO 65542-9069

2. Crime(s) for which you have been convicted, date and sentence on each: First Degree Murder, Armed Criminal Action, First Degree Robbery, Armed Criminal Action. Sentenced on 3/29/2008 to: Life without parole, 10 years, life, 10 years.

3. Are you presently employed?                     Yes \_\_\_    No  X

    a. If the answer is ''yes  state the amount of your salary or wages per month and give the name and address of your employer.
            N/A

    b.   If the answer is ''no   state the date of last employment and the amount of the salary and wages per month which you received.  Last employed at Mid Continent Nail Co. in 2008 and received an average, before tax, salary of $1,360.00 per month.

4. Have you received within the past twelve (12) months, money from any of the following sources?

|  | Yes | No |
|---|---|---|
| Business profession or form of self-employment? |  | X |
| Rent payments interest or dividends? |  | X |
| Pensions annuities or life insurance payments? |  | X |
| Gifts or inheritances? | X |  |
| Any other sources? | X |  |

If the answer to any of the above is ''yes '' describe the source and amount of money received from each during the past twelve (12) months. Gifts of $25.00 to $50.00, from time to time, from mother and father (Barbara and Dennis Harden); and $8.50 per month "State Tip" from Mo. Dept. of Corr. for hygiene items.

5. Do you own any cash or do you have money in a checking or savings account? Include any funds in your prison account.
Yes  X      No ___

If the answer is ''yes   state the total amount of cash owned, and the balance in all checking savings or prison accounts.

6. Do you own real estate stocks bonds notes automobiles,  or other valuable property (excluding ordinary household furnishings and clothing)'~'         Yes ___      No  X

If the answer is ''yes   describe the property and state its approximate value.

                      N/A

2

7. List the persons who are dependent upon you for support state your relationship to those persons and indicate how much you contribute toward their support

        N/A

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY SUBJECT ME TO CRIMINAL PROSECUTION IMPOSITION OF A FINE OR OTHER SANCTION THAT MAY ADVERSELY AFFECT MY ABILITY TO PURSUE THIS CASE OR OTHER CASES. I HAVE REVIEWED MY ANSWERS TO INSURE THEIR ACCURACY

Executed (signed) this 24th day of Feb, 2014

F. GRAEFF
Notary Public - Notary Seal
State of Missouri
Commissioned for Texas County
My Commission Expires: September 16, 2016
Commission Number: 12342179

_Joseph Harden_
(Signature of petitioner)

### Certificate

I certify that the applicant named herein has the sum of $ 413.74¢ on account to his credit at the South Central Correctional Center institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:

Authorized Officer of Institution

3