## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

JOSEPH HARDEN,            )
                         )
            Petitioner,   )
                         )
v.                        )        Case No.  4:14-CV-383 NAB
                         )
MICHAEL BOWERSOX,         )
                         )
            Respondent.   )

## MEMORANDUM AND ORDER

This closed matter is before the court on Petitioner Joseph Harden's Motion for Certificate of Appealability [Doc. 34.], Pro Se Motion for Issuance of Certificate of Probable Cause [Doc. 35.], and Motions for Leave to Appeal in Forma Pauperis [Docs. 36, 37.].

The Court will grant Petitioner's motions for leave to proceed in forma pauperis on appeal.  [Docs. 36, 37.]  The Court has previously stated that it will not issue a certificate of appealability on Petitioner's convictions for first degree murder and the related armed criminal action charge for the reasons stated in the Memorandum and Order of April 12, 2017.  [Doc. 15.] Therefore, Petitioner's Motion for Certificate of Appealability and Motion for Issuance of Certificate of Probable Cause on his cross-appeal will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Certificate of Appealability and Pro Se Motion for Issuance of Certificate of Probable Cause [Docs. 34, 35.] are **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's Motions for Leave to Proceed In Forma Pauperis on Appeal are **GRANTED**.  [Docs. 36, 37.]

Dated this 20th day of September, 2017.

  /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE